# United States Bankruptcy Court
## District of Nevada

Case No. <u>11−50271−btb</u>
Chapter 7

In re: (Name of Debtor)
   CRAIG WOODS                         CAROL WOODS
   2856 OXLEY DRIVE            2856 OXLEY DRIVE
   SPARKS, NV 89436           SPARKS, NV 89436

Social Security No.:
   xxx−xx−8155                             xxx−xx−7849

## FINAL DECREE

The estate of the debtor(s) noted below has been fully administered:

☑     CRAIG WOODS

☑     CAROL WOODS

IT IS ORDERED THAT JERI COPPA−KNUDSON is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 10/3/13                                   BY THE COURT

                                                *Mary A. Schott*
                                                Mary A. Schott
                                                Clerk of the Bankruptcy Court